No. 03–658.   DEEP v. RECORDING INDUSTRY ASSN. OF AMERICA, INC., ET AL., 540 U. S. 1107; and

No. 03–10651.   WARD v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 842.   Motions of petitioners for leave to file petitions for rehearing denied.

FEBRUARY 28, 2005

No. 04–414.   ROACH v. UNITED STATES.   C. A. 7th Cir.   Reported below: 372 F. 3d 907; and

No. 04–1004.   COLL v. UNITED STATES.   C. A. 11th Cir.   Reported below: 120 Fed. Appx. 785.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, *ante*, p. 220.